IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |  | |
|---|---|---|---|
| MARSHAN PARKER, | ) | | |
| | ) | | |
| Petitioner | ) | | |
| | ) | | |
| vs. | ) | No. CIV-05-480-C | |
| | ) | | |
| RON WARD, Director, | ) | | |
| | ) | | |
| Respondent | ) | | |

MEMORANDUM OPINION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Robert E. Bacharach, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Bacharach entered a Report and Recommendation on July 29, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and relevant law are set out in full in the accurate and well-reasoned opinion of the Magistrate Judge. No point would be served in repeating that analysis. In his objection, Petitioner merely restates the conclusions and legal argument originally asserted. There is nothing asserted by Petitioner which was not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, denies this petition for habeas corpus relief. A judgment will enter accordingly.

IT IS SO ORDERED this 25th day of August, 2005.

ROBIN J. CAUTHRON
United States District Judge